Charles J. DeHart, III
Standing Chapter 13 Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

Fulton Bank
Lancaster PA 17604

60-142 / 313

No. 1212069

January 16, 2020

PAY** Six Thousand Fifty Six Dollars and 41 Cents***********************************

AMOUNT ******$6,056.41******

TO THE ORDER OF

VOID AFTER April 15, 2020
Positive Pay Account

CLERK U.S. BANKRUPTCY COURT
RONALD REAGAN FEDERAL BUILDING
228 WALNUT STREET, ROOM 320
HARRISBURG, PA 17101-

⑆1212069⑆ ⑉031301422⑉ 1618 66156⑈

Check No. 1212069

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK CLERK U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 14-03707-HWV | 999-0 | WENDY ZUCH LEE<br>Original Check written to:<br>WENDY ZUCH LEE<br>905 CYPRESS STREET<br>CHAMBERSBURG, PA 17201 | | 0.00 | 11.00 | 0.00 | 11.00 |
| 14-04207-HWV | 006-0 | BRIAN L. NORRIS<br>Original Check written to:<br>BERKS CREDIT & COLLECTIONS<br>P.O. BOX 329<br>TEMPLE, PA 19560- | 9913 | 400.20 | 24.70 | 0.00 | 24.70 |
| 14-04589-HWV | 999-0 | CHARLES E. GAITHER<br>Original Check written to:<br>CHARLES E. GAITHER and HARRIET A. GAITHER<br>47 NACE DRIVE<br>HANOVER, PA 17331 | | 0.00 | 3,099.99 | 0.00 | 3,099.99 |
| 15-02943-HWV | 004-0 | JENNIFER LEA BUSH<br>Original Check written to:<br>ARCADIA RECOVERY BUREAU<br>PO BOX 6768<br>WYOMISSING, PA 19610- | 4553 | 0.00 | 653.96 | 0.00 | 653.96 |
| 16-00896-RNO | 999-0 | DAVID FRANCIS HICKEY<br>Original Check written to:<br>DAVID FRANCIS HICKEY<br>128 SAND ST.<br>DUNMORE, PA 18510 | | 0.00 | 4.72 | 0.00 | 4.72 |
| 16-03795-HWV | 004-0 | MICHAEL N WEAVER<br>Original Check written to:<br>THE ESTATE OF LARRY F WEAVER<br>1037 THIRD AVE<br>ALTOONA, PA 16602- | | 14,068.52 | 2,262.04 | 0.00 | 2,262.04 |

Case 1:14-bk-04589-HWV Doc 66 Filed 01/16/20 Entered 01/16/20 10:33:20 Desc Main Document Page 1 of 1